IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01347-CMA-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$118,575.00 UNITED STATES CURRENCY,

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

    This matter is before the Court on the Order and Recommendation of Magistrate Judge Mix, in which Judge Mix granted Claimant Jung Yoon Choi's Unopposed Motion to Stay Proceedings (Doc. # 60).  (Doc. # 62.)  Pursuant to that Order and Recommendation, this Court ORDERS that this case is ADMINISTRATIVELY CLOSED.  It is FURTHER ORDERED that Claimant Choi file a motion to reopen this case for good cause within 30 days of resolution of the criminal investigation and any related criminal proceeding.

    DATED:  March 30, 2015

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge